UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | 1:97-CR-107ML |
| THEODORE PERRY | : | |

MOTION TO TERMINATE SUPERVISED RELEASE

NOW COMES the defendant, Theodore Perry, and moves that this Honorable Court consider terminating the supervised release term of three (3) years which was imposed at the defendant's sentencing on July 21, 1998. Supervised release is scheduled to end in September of 2007, however, the defendant seeks early termination to enable him to obtain additional employment at "Turning The Corner". In support of this motion, defense counsel states that Mr. Perry, since his release from prison, has done an exemplary job in rehabilitating himself. Attached to this motion are a number of certificates attesting to rehabilitative actions taken by the defendant.

THEODORE PERRY,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I delivered a copy of the within to Gerard Sullivan, AUSA and David S. Borrelli, USPO by way of ECF filing on April 12, 2007.

/s/ Edward C. Roy, Esquire