UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CA No. 97-107 ML

THEADORE PERRY

ORDER

The Defendant's Motion to Terminate Supervised Release is hereby GRANTED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
June 1 , 2007